UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH CLEVENGER, | ) | No. EDCV 09-1279 CW |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.

DATED: October 13, 2010

_____
CARLA M. WOEHRLE
United States Magistrate Judge